■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER FARNSWORTH, Appellant. [879 NYS2d 786]—Appeal from a judgment of the Wayne County Court (Stephen R. Sirkin, J.), rendered May 30, 2008. The judgment convicted defendant, upon a jury verdict, of criminal possession of stolen property in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting

him following a jury trial of criminal possession of stolen property in the third degree (Penal Law § 165.50). Contrary to defendant's contention, the evidence is legally sufficient to support the conviction (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Viewing the evidence in light of the elements of the crime as charged to the jury (*see People v Danielson*, 9 NY3d 342, 349 [2007]), we further conclude that the verdict is not against the weight of the evidence (*see generally Bleakley*, 69 NY2d at 495). Contrary to defendant's further contention, County Court's *Sandoval* ruling did not constitute an abuse of discretion. "The record establishes that the court properly balanced the probative value of [defendant's] prior convictions against the potential for undue prejudice" (*People v Montgomery*, 288 AD2d 909, 910 [2001], *lv denied* 97 NY2d 685 [2001]; *see People v Hayes*, 97 NY2d 203, 207-208 [2002]; *People v Walker*, 83 NY2d 455, 459 [1994]; *People v Arguinzoni*, 48 AD3d 1239, 1240-1241 [2008], *lv denied* 10 NY3d 859 [2008]), as well as the probative value of the facts underlying defendant's prior youthful offender adjudication (*see People v Greer*, 42 NY2d 170, 176 [1977]; *People v Duffy*, 36 NY2d 258, 264 [1975], *mot to amend remittitur granted* 36 NY2d 857, 875 [1975], *cert denied* 423 US 861 [1975]; *People v Colf*, 286 AD2d 888, 889 [2001], *lv denied* 97 NY2d 655 [2001]). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.